**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EMILY R. MONZI,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FRANK BISIGNANO,**<br>**Commissioner of Social Security,**<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Civil No. 1:26-CV-0047**<br><br><br><br><br>**(Chief Magistrate Judge Bloom)** |

**<u>ORDER</u>**

AND NOW, this 3rd day of November 2026, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge